U.S. Bank National Association, et. al., Plaintiff(s)
vs.
Walnut Valley Park, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 147514-0001

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--F.L. Sattes, Walnut Valley Park, Inc.
Court Case No. 2:17-cv-03952

BUCHANAN INGERSOLL & ROONEY
Ms. Donna S. Curcio
50 S. 16th St., Ste. 3200
Two Liberty Place
Philadelphia, PA  19102-2555

State of: __WV__ ) ss.
County of: __KANAWHA__ )

**Name of Server:** __DARREN BROWN__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __25th__ day of __SEPT.__, 20 __17__, at __7:55__ o'clock __P__ M

**Place of Service:** at __110 Ashby Avenue__, in __Charleston, WV 25314__

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Standing Order; Plaintiff's Emergency Motion For The Appointment Of A Receiver;

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
F.L. Sattes, Walnut Valley Park, Inc.

**Person Served, and Method of Service:**
[✓] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with F.L. Sattes, Walnut Valley Park, Inc. at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __W__; Hair Color __W__; Facial Hair __BEARD__
Approx. Age __70__; Approx. Height __6'2"__; Approx. Weight __250__

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this __28th__ day of __September__, 20 __17__

_[signature]_
Notary Public    (Commission Expires)
Oct. 5 2021

NOTARY PUBLIC OFFICIAL SEAL
ANGELA DAWSON
State of West Virginia
My Comm. Exp. Oct 5, 2021
City National Bank
308 Goff Mountain Rd Cross Lanes, WV 25313

U.S. Bank National Association, et. al., Plaintiff(s)
vs.
Walnut Valley Park, Inc., et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 147514-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Walnut Valley Park, Inc.
Court Case No. 2:17-cv-03952

BUCHANAN INGERSOLL & ROONEY
Ms. Donna S. Curcio
50 S. 16th St., Ste. 3200
Two Liberty Place
Philadelphia, PA  19102-2555

State of: __WV__ ) ss.
County of: __KANAWHA__ )

**Name of Server:** __DARREN BROWN__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __25th__ day of __SEPT.__, 20 __17__, at __7:55__ o'clock __P__ M

**Place of Service:** at __110 Ashby Avenue__, in __Charleston, WV 25314__

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Standing Order; Plaintiff's Emergency Motion For The Appointment Of A Receiver;**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Walnut Valley Park, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __F.L. SATTES, PRESIDENT__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __W__ ; Facial Hair __BEARD__
Approx. Age __70__ ; Approx. Height __6'2"__ ; Approx. Weight __250__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ Darren Brown_
Signature of Server

Subscribed and sworn to before me this __28th__ day of __September__, 20 __17__

_/s/ Angela Dawson_
Notary Public          (Commission Expires)
                       Oct. 5 2021

APS International, Ltd.

NOTARY PUBLIC OFFICIAL SEAL
ANGELA DAWSON
State of West Virginia
My Comm. Exp. Oct 5, 2021
City National Bank
308 Goff Mountain Rd Cross Lanes, WV 25313